B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Maryland

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**George T. Moran, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **52-1087133** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**696 Ritchie Hwy**<br>**Severna Park, MD**<br>ZIPCODE **21146-3913** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Anne Arundel** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**696 Ritchie Hwy, Severna Park, MD**    ZIPCODE **21146-3913** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                           Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**George T. Moran, Inc.**

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
   Signature of Attorney for Debtor(s)                 Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**George T. Moran, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Brett Weiss**
Signature of Attorney for Debtor(s)

**Brett Weiss 02980**
**Chung & Press, LLC**
**18200 Littlebrooke Drive**
**Olney, MD  20770**

**lawyer@brettweiss.com**

**April 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles David Wallace**
Signature of Authorized Individual

**Charles David Wallace**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 15, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Maryland

**IN RE:** Case No. _____

**George T. Moran, Inc.** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Commerce First Bank** 1804 West St Annapolis, MD 21401-3945 | | | | 354,630.38 **Collateral:** 0.00 **Unsecured:** 354,630.38 |
| **Hillman, Brown & Darrow** 221 Duke of Gloucester St Annapolis, MD 21401-2506 | | | | 50,503.68 |
| **Commerce First Bank** 1804 West St Annapolis, MD 21401-3945 | | | | 37,001.00 **Collateral:** 0.00 **Unsecured:** 37,001.00 |
| **George T. Moran** 3020 Bennett Point Rd Queenstown, MD 21658-1124 | | Bank loan | | 33,000.00 |
| **Chase Bankcard Svcs Inc** PO Box 30755 Tampa, FL 33630-3755 | | | Disputed | 26,086.64 |
| **William Simmons, Esq.** 20 West St Annapolis, MD 21401-2421 | | Bank loan | | 22,061.23 |
| **Internal Revenue Service** PO Box 21126 Centralized Insolvency Unit Philadelphia, PA 19114 | | Bank loan | | 19,402.00 |
| **Utica Insurance Company** PO Box 530 Utica, NY 13503 | | Bank loan | | 14,646.00 |
| **Shelley Aaserud Consultant Services** 8013 Weedsport Sennett Rd Weedsport, NY 13166-9756 | | Bank loan | | 10,086.00 |
| **State of Maryland** Comptroller of the Currency 301 W Preston St Ste 409 Baltimore, MD 21201-2396 | | | | 9,415.00 |
| **Killey & Associates** 301 International Cir Cockeysville, MD 21030-1334 | | Bank loan | | 7,780.93 |
| **Nationwide Financial** 1 W Nationwide Blvd Columbus, OH 43215-2226 | | Bank loan | | 5,368.94 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| **Catlen Computer**<br>PO Box 16228<br>Baltimore, MD  21210-0228 | | 5,097.50 |
| **USI**<br>PO Box 1407<br>Merrifield, VA  22116-1407 | **Bank loan** | 4,938.67 |
| **Smart Computing Services**<br>201 Ridgely Ave<br>Annapolis, MD  21401-1366 | **Bank loan** | 4,158.42 |
| **Joan Devoe**<br>309 Overview Dr<br>Abingdon, MD  21009-1057 | **Bank loan** | 3,675.00 |
| **Staples**<br>500 Staples Dr<br>Framingham, MA  01702-4478 | **Bank loan** | 2,734.45 |
| **Delta Telephone**<br>2131 Espey Ct<br>Crofton, MD  21114-2439 | | 2,446.72 |
| **Annapolis Chamber Of Commerce**<br>PO Box 346<br>Annapolis, MD  21404-0346 | | 1,855.00 |
| **Atlantic Specialty Advertising**<br>45 Solomons Island Rd #202<br>Annapolis, MD  21401 | | 1,819.53 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **April 15, 2010**          Signature:  */s/ Charles David Wallace*

**Charles David Wallace, President**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Maryland**

**IN RE:** Case No. _____

**George T. Moran, Inc.**_____ Chapter **11**_____
<span style="padding-left:200px">Debtor(s)</span>

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 15, 2010**_____   Signature: */s/ Charles David Wallace*_____
<span style="padding-left:200px">**Charles David Wallace, President**</span><span style="float:right">Debtor</span>

Date: _____   Signature: _____
<span style="float:right">Joint Debtor, if any</span>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Ameritech
3262 Superior Ln # 268
Bowie, MD   20715-1900


Annapolis Chamber Of Commerce
PO Box 346
Annapolis, MD   21404-0346


Annapolis Opera
801 Chase St # 304A
Annapolis, MD   21401-3530


Anne Arundel County, Maryland
PO Box 427
Annapolis, MD   21404-0427


Atlantic Specialty Advertising
45 Solomons Island Rd #202
Annapolis, MD   21401


Automatic Response Technologies
1150 Calle Cordillera
San Clemente, CA   92673-4209


BB&B
929 West St Ste 106
Annapolis, MD   21401-3696


Burnham & Comp
474 Sylvan Ave # R
Englewood Cliffs, NJ   07632-2922


Catlen Computer
PO Box 16228
Baltimore, MD   21210-0228
```

```
Cavalier Phone Co.
PO Box 9001111
Louisville, KY  40290-1111


Centric
PO Box 75222
Baltimore, MD  21275-5222


Chase Bankcard Svcs Inc
PO Box 30755
Tampa, FL  33630-3755


Chesapeake Telephone Systems
8225A Cloverleaf Dr
Millersville, MD  21108-1524


CIT Technologies
PO Box 550599
Jacksonville, FL  32255-0599


CNA Surety Bonds
PO Box 5077
Sioux Falls, SD  57117-5077


Coca Cola
PO Box 100712
Atlanta, GA  30384-0712


Comcast Cable
8110 Corporate Dr
Baltimore, MD  21236-5034


Commerce First Bank
1804 West St
Annapolis, MD  21401-3945
```

```
Deer Park
50 Commerce Way
Norton, MA   02766-3313


Delta Telephone
2131 Espey Ct
Crofton, MD   21114-2439


Doris Egan
1446 Curlew Ave
Naples, FL   34102-3444


Doris Egan
2409 Ravenview Rd
Lutherville Timonium, MD   21093-2717


Federal Express
PO Box 371461
Pittsburgh, PA   15250-7461


FlexAmerica
13511 Label Ln Ste 201
Hagerstown, MD   21740-2463


George T. Moran
3020 Bennett Point Rd
Queenstown, MD   21658-1124


Hillman, Brown & Darrow
221 Duke of Gloucester St
Annapolis, MD   21401-2506


Home Depot Credit Services
Citicard Private Label
PO Box 20483
Kansas City, MO   64195-0483
```

```
Idea Media
PO Box 619009
Dallas, TX   75261-9009


Internal Revenue Service
PO Box 21126
Centralized Insolvency Unit
Philadelphia, PA   19114


Joan Devoe
309 Overview Dr
Abingdon, MD   21009-1057


Killey & Associates
301 International Cir
Cockeysville, MD   21030-1334


Kramon & Graham
1 South St
Baltimore, MD   21202-3298


LaserScript
6660 Dobbin Rd Ste J
Columbia, MD   21045-4844


LegalLink
7654 Standish Pl
Derwood, MD   20855-2701


Lexis-Nexis
PO Box 934899
Atlanta, GA   31193-4899


Marcom Marketing
PO Box 1046
Severna Park, MD   21146-8046
```

```
Maryland Arborist
PO Box 712
Brooklandville, MD   21022-0712


Media Two, Inc.
3301 Lancaster Pike Ste 5C
Wilmington, DE   19805-1436


Mehlman Greenblatt Hare, LLC
723 S Charles St # LL4
Baltimore, MD   21230-3811


Mike Egan Agency, Inc.
5706 Bellona Ave
Baltimore, MD   21212-3561


Mike Egan Insurance, Inc.
2409 Ravenview Rd
Lutherville Timonium, MD   21093-2717


Mike J. Egan
2409 Ravenview Rd
Lutherville Timonium, MD   21093-2717


Mike J. Egan
1446 Curlew Ave
Naples, FL   34102-3444


Minuteman Press
1209 Shopping Center Rd
Stevensville, MD   21666-4048


Montana Department Of Revenue
PO Box 8021
Helena, MT   59604-8021
```

Mutual Of Omaha
5th Floor, Mutual of Omaha Plaza
Omaha, NE  68175-0001


Nancy J. Egan
1004 Deer Ridge Dr
Baltimore, MD  21210-2518


National Registered Agents
PO Box 927
Stockton, NJ  08559


Nationwide Financial
1 W Nationwide Blvd
Columbus, OH  43215-2226


NCCI
12218 Collections Center Dr.
Chicago, IL  60693-0001


Nissan Motor Accept. Cor
PO Box 660360
Dallas, TX  75266-0360


Peerless Insurance
PO Box 2050
Keene, NH  03431-7050


Pension Alliance, Inc.
2578 Interstate Dr Ste 102
Harrisburg, PA  17110-9301


Preferred Insurance Services
10484 Armstrong St
Fairfax, VA  22030-3648

```
Severna Park Voice Newspaper
PO Box 608
Severna Park, MD   21146-0608


Shelley Aaserud Consultant Services
8013 Weedsport Sennett Rd
Weedsport, NY   13166-9756


Smart Computing Services
201 Ridgely Ave
Annapolis, MD   21401-1366


Staples
500 Staples Dr
Framingham, MA   01702-4478


State of Maryland
Comptroller of the Currency
301 W Preston St Ste 409
Baltimore, MD   21201-2396


The Mines Press
231 Croton Ave
Cortlandt Manor, NY   10567-5219


The Solutions Group
2101 Lockhill Selma Rd Ste 210
San Antonio, TX   78213-1409


Tim Fenlon
12301 Old Columbia Pike Ste 100A
Silver Spring, MD   20904-1659


Toal Griffith Ayers Kiilman
200 Harry S Truman Pkwy Ste 300
Annapolis, MD   21401-7479
```

```
TTI
500 Technology Dr # 870
Saint Charles, MO   63304-2225


USI
PO Box 1407
Merrifield, VA   22116-1407


Utica Insurance Company
PO Box 530
Utica, NY   13503


Verizon Wireless
Bankruptcy Group
PO Box 3397
Bloomington, IL   61702-3397


Vertatone
11831 N Creek Pkwy N
Bothell, WA   98011-8247


William Simmons, Esq.
20 West St
Annapolis, MD   21401-2421


Equifax Information Services, LLC
PO Box 740256
Atlanta, GA   30374-0256


Experian
PO Box 9701
Allen, TX   75013-9701


TransUnion Consumer Solutions
PO Box 2000
Crum Lynne, PA   19022-2002
```