IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | Case No. 10-18337 RAG |
| GEORGE T. MORAN, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

THE CLERK WILL PLEASE take notice, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

The undersigned are counsel of record for The Mike Egan Insurance Agency, Inc., a judgment creditor of the above-referenced debtor.

The undersigned counsel further request that copies of any notices, pleadings, plans, or other documents be sent to Kramon & Graham, P.A., One South Street, Suite 2600, Baltimore, Maryland 21202.

Respectfully submitted,

/s/ Kevin F. Arthur
Kevin F. Arthur, Federal Bar No. 05530
Brian S. Southard, Federal Bar No. 27661
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
karthur@kg-law.com
bsouthard@kg-law.com
Telephone: 410-752-6030
Facsimile: 410-539-1269

07207/0/00729370.WPDv1

CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2010, a copy of this Notice was filed with the Clerk of Court using the CM/ECF filing system; served on all parties on the Court's electronic service list; and served by first-class mail, postage prepaid, upon:

> Brett Weiss, Esquire
> Chung & Press, PLLC
> 6404 Ivy Lane, Suite 408
> Greenbelt, Maryland 20770
>
> Counsel for Debtor.

                                             /s/ Kevin F. Arthur
                                             Kevin F. Arthur