IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                              *

GEORGE T. MORAN, INC.,              *   Case No.: 10-18337-RAG
                                        (Chapter 11)
           Debtor.                  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AMENDED
NOTICE OF APPEARANCE, REQUEST FOR ENTRY ON MATRIX,
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS,
AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Joseph J. Bellinger hereby appears in the above-captioned case as counsel to Charles R. Goldstein, Chapter 7 Trustee for the bankruptcy estate of Charles David Wallace and Brenda Diane Tamariz Wallace, debtors in chapter 7 proceedings (Case No. 10-21874-RAG). Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> Joseph J. Bellinger, Esquire
> Offit Kurman, P.A.
> 8171 Maple Lawn Boulevard, Suite 200
> Maple Lawn, Maryland 20759
> Tel: (443) 738-1515
> E-mail: jbellinger@offitkurman.com
>
> *Attorney for Charles R. Goldstein, Chapter 7 Trustee*

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Charles R. Goldstein, Chapter 7 Trustee, intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Charles R. Goldstein, Chapter 7 Trustee, is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATE: June 10, 2010

/s/ Joseph J. Bellinger
Joseph J. Bellinger
 Fed. Bar No. 08394

Offit Kurman, P.A.
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, Maryland 20759
Tel: (443) 738-1515
E-mail: jbellinger@offitkurman.com

*Attorneys for Charles R. Goldstein, Chapter 7 Trustee (Application for Authority to Engage Counsel pending)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June 2010, a copy of the foregoing Amended Notice of Appearance was served via this Court's ECF system upon the following:

**Brett Weiss**
Chung & Press, LLC
6404 Ivy Lane, Suite 408
Greenbelt, MD 20770

**US Trustee - Baltimore**
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

Copies also were served via CM/ECF electronic system upon and all other parties in interest that have entered an appearance in these proceedings.

/s/ Joseph J. Bellinger
Joseph J. Bellinger