IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

In re:                                    *

GEORGE T. MORAN, INC.                     *    Case No.: 10-18337-RAG
                                               (Chapter 11)

              Debtor.                     *

*   *   *   *   *   *   *   *   *   *   *   *

## LINE ATTACHING SERVICE LIST OMMITTED FROM CERTIFICATE OF SERVICE OF MOTION FOR AN ORDER DIRECTING THE OFFICE OF THE UNITED STATES TRUSTEE TO APPPOINT A CONSUMDER PRIVACY OMBUDSMAN

The Certificate of Service of the Motion for an Order Directing the Office of the United States Trustee to Appoint a Consumer Privacy Ombudsman {Dckt. No. 40} refers to an attached creditors' matrix that was inadvertently omitted. The creditors' matrix is attached hereto.

DATE: July 12, 2010                  */s/Joseph J. Bellinger, Esquire*
                                     Joseph J. Bellinger
                                     Offit Kurman, P.A.
                                     8171 Maple Lawn Boulevard
                                     Maple Lawn, Maryland 20759
                                     (443) 738 – 1515
                                     jbellinger@offitkurman.com


                                     *Attorneys for CRO*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 10-18337<br>District of Maryland<br>Baltimore<br>Thu Jul 8 21:52:53 EDT 2010 | George T. Moran, Inc.<br>696 Ritchie Hwy<br>Severna Park, MD 21146-3981 | AFLAC<br>11275 Dovedale Ct<br>Marriottsville, MD 21104-1644 |
| Ameritech<br>3262 Superior Ln # 268<br>Bowie, MD 20715-1900 | Annapolis Chamber Of Commerce<br>PO Box 346<br>Annapolis, MD 21404-0346 | Annapolis Opera<br>801 Chase St # 304A<br>Annapolis, MD 21401-3530 |
| Anne Arundel County, Maryland<br>Office of Law<br>2660 Riva Road, 4th Floor<br>Annapolis, MD 21401-7055 | Anne Arundel County, Maryland<br>PO Box 427<br>Annapolis, MD 21404-0427 | Atlantic Specialty Advertising<br>45 Solomons Island Rd #202<br>Annapolis, MD 21401 |
| Automatic Response Technologies<br>1150 Calle Cordillera<br>San Clemente, CA 92673-4209 | BB&B<br>929 West St Ste 106<br>Annapolis, MD 21401-3696 | Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30326-3235 |
| Burnham & Comp<br>474 Sylvan Ave # R<br>Englewood Cliffs, NJ 07632-2922 | CIT TECHNOLOGY FINANCING SERVICES, INC.<br>c/o WELTMAN, WEINBERG & REIS, CO.<br>175 S. THIRD ST., SUITE 900<br>COLUMBUS, OHIO 43215-5166 | CIT Technologies<br>PO Box 550599<br>Jacksonville, FL 32255-0599 |
| CNA Surety Bonds<br>PO Box 5077<br>Sioux Falls, SD 57117-5077 | Catlen Computer<br>PO Box 16228<br>Baltimore, MD 21210-0228 | Cavalier Phone Co.<br>PO Box 9001111<br>Louisville, KY 40290-1111 |
| Centric<br>PO Box 75222<br>Baltimore, MD 21275-5222 | Chase Bankcard Svcs Inc<br>PO Box 30755<br>Tampa, FL 33630-3755 | Chesapeake Telephone Systems<br>8225A Cloverleaf Dr<br>Millersville, MD 21108-1524 |
| Coca Cola<br>PO Box 100712<br>Atlanta, GA 30384-0712 | Comcast Cable<br>8110 Corporate Dr<br>Baltimore, MD 21236-5034 | Commerce First Bank<br>1804 West St<br>Annapolis, MD 21401-3945 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Deer Park<br>50 Commerce Way<br>Norton, MA 02766-3313 | Delta Telephone<br>2131 Espey Ct<br>Crofton, MD 21114-2439 |
| Doris Egan<br>1446 Curlew Ave<br>Naples, FL 34102-3444 | Doris Egan<br>2409 Ravenview Rd<br>Lutherville Timonium, MD 21093-2717 | Equifax Information Services, LLC<br>PO Box 740256<br>Atlanta, GA 30374-0256 |

Experian
PO Box 9701
Allen, TX  75013-9701

Federal Express
PO Box 371461
Pittsburgh, PA  15250-7461

FlexAmerica
13511 Label Ln Ste 201
Hagerstown, MD  21740-2463

George T. Moran
3020 Bennett Point Rd
Queenstown, MD  21658-1124

Group Hospitalization and
Medical Services, Inc. dba
CareFirst BlueCross BlueShield
840 First Street - NE
MailStop DC 12-08
Washington, DC  20065-0003

Hillman, Brown & Darrow
221 Duke of Gloucester St
Annapolis, MD  21401-2500

Home Depot Credit Services
Citicard Private Label
PO Box 20483
Kansas City, MO  64195-0483

Idea Media
PO Box 619009
Dallas, TX  75261-9009

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA  19114-0326

Joan Devoe
309 Overview Dr
Abingdon, MD  21009-1057

Killey & Associates
301 International Cir
Cockeysville, MD  21030-1334

Kramon & Graham
1 South St
Baltimore, MD  21202-3298

LaserScript
6660 Dobbin Rd Ste J
Columbia, MD  21045-4844

LegalLink
7654 Standish Pl
Derwood, MD  20855-2701

Lexis-Nexis
PO Box 934899
Atlanta, GA  31193-4899

Marcom Marketing
PO Box 1046
Severna Park, MD  21146-8046

Maryland Arborist
PO Box 712
Brooklandville, MD  21022-0712

Matt Lehmann
696 Ritchie Hwy
Severna Park, MD  21146-3913

Media Two, Inc.
3301 Lancaster Pike Ste 5C
Wilmington, DE  19805-1436

Mehlman Greenblatt Hare, LLC
723 S Charles St # LL4
Baltimore, MD  21230-3811

Mike Egan Agency, Inc.
5706 Bellona Ave
Baltimore, MD  21212-3597

Mike Egan Insurance, Inc.
2409 Ravenview Rd
Lutherville Timonium, MD  21093-2717

Mike J. Egan
1446 Curlew Ave
Naples, FL  34102-3444

Mike J. Egan
2409 Ravenview Rd
Lutherville Timonium, MD  21093-2717

Minuteman Press
1209 Shopping Center Rd
Stevensville, MD  21666-4048

Montana Department Of Revenue
PO Box 8021
Helena, MT  59604-8021

Mutual Of Omaha
5th Floor, Mutual of Omaha Plaza
Omaha, NE  68175-0001

Mutual Of Omaha Insurance Company
3-Law Operation
Mutual Omaha Plaza
Omaha, NE  68175-0001

NCCI
12218 Collections Center Dr.
Chicago, IL  60693-0001

Nancy J. Egan
1004 Deer Ridge Dr
Baltimore, MD  21210-2518

| | | |
|---|---|---|
| National Registered Agents<br>PO Box 927<br>Stockton, NJ 08559 | Nationwide Financial<br>1 W Nationwide Blvd<br>Columbus, OH 43215-2239 | Nissan Motor Accept. Cor<br>PO Box 660360<br>Dallas, TX 75266-0360 |
| Peerless Insurance<br>PO Box 2050<br>Keene, NH 03431-7050 | Pension Alliance, Inc.<br>2578 Interstate Dr Ste 102<br>Harrisburg, PA 17110-9301 | Preferred Insurance Services<br>10484 Armstrong St<br>Fairfax, VA 22030-3648 |
| Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 | Severna Park Voice Newspaper<br>PO Box 608<br>Severna Park, MD 21146-0608 | Shelley Aaserud Consultant Services<br>8013 Weedsport Sennett Rd<br>Weedsport, NY 13166-9756 |
| Smart Computing Services<br>201 Ridgely Ave<br>Annapolis, MD 21401-1366 | Staples<br>500 Staples Dr<br>Framingham, MA 01702-4474 | State of Maryland<br>Comptroller of the Currency<br>301 W Preston St Ste 409<br>Baltimore, MD 21201-2396 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | Supermedia (Formerly Idearc<br>Media/Verizon Directories)<br>BK Dept. MC20<br>5601 Executive Dr.<br>Irving, TX 75038-2508 | TTI<br>500 Technology Dr # 870<br>Saint Charles, MO 63304-2225 |
| The Mines Press<br>231 Croton Ave<br>Cortlandt Manor, NY 10567-5284 | The Solutions Group<br>2101 Lockhill Selma Rd Ste 210<br>San Antonio, TX 78213-1409 | Tim Fenlon<br>12301 Old Columbia Pike Ste 100A<br>Silver Spring, MD 20904-1659 |
| Toal Griffith Ayers Kiilman<br>200 Harry S Truman Pkwy Ste 300<br>Annapolis, MD 21401-7479 | TransUnion Consumer Solutions<br>PO Box 2000<br>Crum Lynne, PA 19016-2000 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3020 |
| US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | USI<br>PO Box 1407<br>Merrifield, VA 22116-1407 | Utica Insurance Company<br>PO Box 530<br>Utica, NY 13503 |
| Verizon Wireless<br>Bankruptcy Group<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Vertatone<br>11831 N Creek Pkwy N<br>Bothell, WA 98011-8247 | William Simmons, Esq.<br>20 West St<br>Annapolis, MD 21401-2421 |
| Brett Weiss<br>Chung & Press, LLC<br>6404 Ivy Lane, Suite 408<br>Greenbelt, MD 20770-1417 | Charles R. Goldstein<br>1 East Pratt Street<br>Suite 800<br>Baltimore, MD 21202-1127 | Matthew Lehmann<br>c/o Lori Simpson<br>Bishop, Daneman & Simpson, LLC<br>1400 South Charles Street<br>Baltimore, MD 21230-4263 |

Peter J. Haley
Nelson Mullins Riley & Scarborough LLP
One Boston Place
Boston, MA 02108-4407


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

(d)Internal Revenue Service
PO Box 21126
Centralized Insolvency Unit
Philadelphia, PA  19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)No Trustee Assigned

(u)Peerless Insurance Company

(u)The Mike Egan Insurance Agency, Inc.


(u)National Registered Agents
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    90
Bypassed recipients     4
Total                  94